

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00114-CR

RICARDO HELY RIVAS                           APPELLANT

V.

THE STATE OF TEXAS                           STATE

----------

## FROM COUNTY CRIMINAL COURT NO. 5 OF TARRANT COUNTY
## TRIAL COURT NO. 1194775

----------

## MEMORANDUM OPINION[1]

----------

Appellant Ricardo Hely Rivas appears to attempt to appeal directly to this court from either a 2010 order or a 2015 order from the City of Bedford municipal court. We notified him of our concern that we lack jurisdiction in this matter and indicated that we would dismiss his appeal unless he filed a response showing

---

[1]*See* Tex. R. App. P. 47.4.

that we have jurisdiction. In his response, Appellant appears to concede that we lack jurisdiction of this appeal.

Under section 30.00014 of the government code, the Tarrant County criminal courts have jurisdiction of appeals from the Bedford municipal court,[2] which is a municipal court of record.[3] This jurisdiction extends to appeals from the municipal court's denial of habeas relief.[4]

To the extent that Appellant is challenging the municipal court's order (whether from 2010 or 2015) to attack his 2010 felony conviction for violation of a protective order/stalking,[5] nothing in this opinion is meant to foreclose any ability he has to seek habeas relief by filing an application in the Dallas County district court in which he was convicted.[6]

Because we have no jurisdiction to entertain this appeal, we dismiss it.

---

[2]*See* Tex. Gov't Code Ann. § 30.00014(a) (West Supp. 2015).

[3]Bedford, Tex., Code of Ordinances ch. 42, art. III, § 42-66 (2016).

[4]*See, e.g., State v. Morales*, 322 S.W.3d 297, 298 (Tex. App.—Dallas 2010, no pet.) (op. on reh'g).

[5]*See* Tex. Penal Code Ann. § 25.07 (West Supp. 2015); *see also Rivas v. State*, Nos. 05-11-00390-CR, 05-11-00391-CR, 2012 WL 677515, at *1 (Tex. App.—Dallas Mar. 2, 2012, no pet.) (mem. op., not designated for publication).

[6]*See* Tex. Code Crim. Proc. Ann. art. 11.07, § 3(b) (West 2015).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  May 12, 2016